# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:19-CV-191-DCK

| | |
|---|---|
| **DUNCAN E. GILES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMTRAK, and NATIONAL RAILROAD** ) | |
| **PASSENGER CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

This case is currently set for trial beginning on April 19, 2021. The undersigned notes that Defendants have filed a motion for summary judgment that is not yet ripe for review. Moreover, it appears likely that the undersigned's chambers will be moving to the courthouse's new annex during or about the time this case is scheduled for trial.

**IT IS, THEREFORE, ORDERED** that a trial of this matter, if necessary, will be held during the undersigned's civil term beginning **July 6, 2021**.

**SO ORDERED**.

Signed: February 22, 2021

David C. Keesler
United States Magistrate Judge