IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-191-DCK

| | |
|---|---|
| DUNCAN E. GILES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NATIONAL RAILROAD PASSENGER CORPORATION, and AMTRAK, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned observes that this case has summary judgment motions that are ripe for review and that a trial is currently scheduled for the term beginning July 6, 2021. Under these circumstances, the undersigned will continue the scheduled trial term.

**IT IS, THEREFORE, ORDERED** that a trial in this matter, if necessary, will be held during the undersigned's next civil term beginning **September 27, 2021**.

**SO ORDERED**.

Signed: June 7, 2021

David C. Keesler
United States Magistrate Judge